| | |
|---|---|
| 1 | Adam D. Brumm, Esq.  SBN 257906 |
| | EDEN ENVIRONMENTAL DEFENDERS |
| 2 | 1520 E. Covell Blvd, Suite B5-611 |
| | Davis, CA  95616 |
| 3 | Telephone: (800) 545-7215, Extension 906 |
| | Email: adam@edendefenders.org |
| 4 | Attorneys for Plaintiff |
| 5 | |
| 6 | Dana Dean, SBN 226083 |
| | HANSON BRIDGETT LLP |
| 7 | 1676 N. California Blvd., Suite 620 |
| | Walnut Creek, California 94596 |
| 8 | Telephone:    925-746-8460 |
| | Email: ddean@hansonbridgett.com |
| 9 | Attorneys for Defendants |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC, a California limited liability company, | Case No.: 2:25-cv-03123 SCR |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER TO STAY CASE PENDING SETTLEMENT CONFERENCE** |
| v. | |
| CASTLE & KING, a California Corporation, et al., | Action Filed: October 28, 2025 |
| Defendants. | |
| | |
| CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC | Related Case. 2:25−cv-02616−SCR |
| Plaintiff, | |
| vs. | |
| CASTLE & KING ROCK & READY MIX, Inc., et al., | |
| Defendants. | |

Stipulation to Stay And [Proposed] Order          1          Case No.: 2:25-cv-03123-TLN-SCR

22417161.1

Plaintiff Central Valley Eden Environmental Defenders, LLC ("Plaintiff") and Defendants Castle & King, a California Corporation, Dustin Robben, and King Equities LLC ("Defendants") (collectively "the Parties") hereby submit this Stipulation to Stay Case Pending the Settlement Conference to be conducted in this matter by Magistrate Judge Dennis M. Cota.

Plaintiff filed the Complaint in this action on October 28, 2025, alleging violations of the Federal Clean Water Act and California's Industrial General Permit. All Defendants have been served but have not yet filed responses to the Complaint.

Plaintiff filed a Notice of Related Cases with its Complaint on October 28, 2025, resulting in the referral of the matter to Magistrate Judge Sean C. Riordan and District Court Judge Troy L. Nunley.

On October 28, 2025, the Court entered an Initial Pretrial Scheduling Order in this matter (ECF 3), which provided that the deadline for completion of fact discovery is 365 days from the date upon which the last answer is filed with the Court; and further that the deadline for completing discovery is not triggered until the last answer is filed. All other deadlines are triggered by the fact discovery cut-off date.

The Parties have not requested any prior continuances or stays in this action.

On July 15, 2025, the Court entered a Minute Order in the related case *Central Valley Eden Environmental Defenders v. Castle & King Rock & Ready Mix, Case No. 2:23-cv-02616-SCR* referring that matter to Magistrate Judge Dennis M. Cota for a settlement conference. The date for the settlement conference has not yet been confirmed, but it likely to be December 18, 2025.

Counsel for the Parties have meet and conferred and have agreed that this matter may be resolved along with the original *Castle & King Rock & Ready Mix* matter, within the context of the settlement conference to be conducted by Dennis M. Cota.

Based on the foregoing, the Parties, through their respective attorneys of record, HEREBY STIPULATE AND REQUEST an Order from the Court as follows:

1. That all dates and deadlines currently set in this matter be vacated, including Defendants' deadlines to respond to Plaintiff's Complaint;

2. That this action be STAYED until ten (10) calendar days after the conclusion of the settlement conference before Magistrate Judge Dennis M. Cota, including any continuances thereto;

3.  That the Parties will meet and confer on or before the expiration of the STAY to (a) finalize settlement negotiations and prepare a Notice of Settlement; (b) mutually agree on a request for a further stay of the action; or (c) agree that this matter will not settle and prepare a Joint Status Report to the Court;

4.  That the Parties will file a Notice of Settlement, Stipulation and Order for Further Stay, or Joint Status Report to the Court within five (5) business days after the expiration of the STAY; and

5.  That in the event that the Parties are unable to successfully negotiate a complete resolution of this matter, the Parties will submit a Stipulation to Modify the Scheduling Order with jointly proposed dates ; and that Defendants' responses to Plaintiff's Complaint shall in that event be due within fourteen (14) days after expiration of the STAY.

IT IS SO STIPULATED.

Date:   December 9, 2025        HANSON BRIDGETT LLP

 /s/ Dana Dean  (as authorized on 12/8/25 per LR 131(e)
    Dana Dean
    Attorney for Defendants

Date:   December 9, 2025        CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC

 /s/ Adam D. Brumm (as authorized on 12/8/25) per LR 131(e)
    Adam Brumm
    Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CASTLE & KING, a California Corporation, et al.,<br><br>    Defendants.<br><br>CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CASTLE & KING ROCK & READY MIX. Inc. , et al.<br><br>    Defendants. | Case No.: 2:25:cv-03123 SCR<br><br>Judge: Honorable Sean C. Riordan<br><br>[~~PROPOSED~~] ORDER STAYING CASE PENDING SETTLEMENT<br><br><br><br>Related Case No. 2:23-cv-02616 SCR |

Having considered the Stipulation of the Parties, the Court finds good cause exists to stay this action pending the Settlement Conference to be conducted by Magistrate Judge Dennis M. Cota. IT IS HEREBY ORDERED that the stipulation is approved in its entirety.

   1.   This Action is hereby STAYED until 12:01 a.m. on the eleventh (11th) calendar day after the conclusion of the settlement conference, at which time it will automatically expire unless extended by stipulation of the Parties and order of this Court.

   2.   ~~All deadlines and hearings currently set in this matter are hereby VACATED.~~[1]

   3.   The Parties shall meet and confer on or before the expiration of the STAY to (a) finalize settlement negotiations and prepare a Notice of Settlement; (b) mutually agree on a request for a further

---

[1] By separate order, the deadlines in this case were vacated. ECF No. 13.

stay of the action; or (c) agree that this matter will not settle and prepare a Joint Status Report to the Court.

4. Within five (5) business days after the expiration of the STAY, the Parties shall file a Notice of Settlement, Stipulation and Order for Further Stay, or Joint Status Report to the Court.

5. Defendants' responses to Plaintiff's Complaint shall be due fourteen (14) days after the expiration of the STAY, in the event that this case is not settled at that time.

**IT IS SO ORDERED.**

Dated: December 9, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE