Adam D. Brumm, Esq.  SB# 257906
Eden Environmental Defenders
1520 E. Covell Blvd, Suite B5-611
Davis, CA  95616
Telephone: (800) 545-7215, Extension 906
Email:  adam@edendefenders.org

Attorneys for Plaintiff
CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC, a California limited liability company,<br><br>                    Plaintiff,<br><br>          vs.<br><br>CASTLE & KING ROCK & READY MIX, CASTLE & KING, DUSTIN ROBBEN and KING EQUITIES LLC,<br><br>                    Defendants. | Case Nos.:  2:23-cv-02616-SCR<br>                   2:25-cv-03123-SCR<br><br>**STIPULATION TO DISMISS ENTIRE ACTION AGAINST ALL DEFENDANTS WITH PREJUDICE; [~~PROPOSED~~] ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br>**FRCP 41(a)(2)** |

Plaintiff Central Valley Eden Environmental Defenders, LLC ("EDEN") and Defendants Castle & King Rock & Ready Mix, Castle & King, Dustin Robben and King Equities LLC ("CASTLE"), hereby enter into this Stipulation to Dismiss Plaintiff's Complaints in Case No. 2:23-cv-02616-SCR and related Case No. 2:25-cv-03123-SCR  against all Defendants with prejudice.

Stipulation for Dismissal – Page 1

EDEN and CASTLE (the "Parties") have entered into a settlement agreement that achieves a full and final settlement of all EDEN's claims against CASTLE as set forth in the Complaint filed in Case No. 2:23-cv-02616 SCR on November 13, 2023; as well as the Complaint filed in related Case No. 2:25-cv-03123-SCR on October 28, 2025.

On February 5, 2026, EDEN filed a Notice of Settlement notifying the Court that the Parties had reached a full settlement to resolve all outstanding issues in both actions ("Settlement Agreement").

On February 5, 2026, EDEN served a copy of the Settlement Agreement on the Department of Justice ("DOJ") for a mandatory 45-day review period under 33 U.S.C. § 1365(c)(3) and 40 C.F.R. § 135.5.   All interested parties agree that the 45-day review period expired on March 23, 2026.

The Notice of Settlement specified that upon the expiration of the DOJ's review period, if no objection was lodged by the DOJ, the Settling Parties would stipulate to and request an order from this Court dismissing with prejudice EDEN's claims against CASTLE.  The statutory agency review period has expired without any objection being lodged by the DOJ.

IT IS HEREBY STIPULATED and agreed to by and between the Parties that EDEN's Complaints and all claims against CASTLE shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

The Parties respectfully request an order from this Court dismissing such claims with prejudice.

Dated:  April 1, 2026                                    Respectfully,


By: */S/_Adam D. Brumm_____*
            Adam D. Brumm
            Attorney for Plaintiff


Stipulation for Dismissal – Page 2

Dated:  April 1, 2026                    HANSON BRIDGETT LLP


                                         By: */S/  Dana Dean (as authorized on 4/1/26*
                                                Dana Dean
                                                Attorneys for Defendants

**[~~PROPOSED~~] ORDER**

Good cause appearing, and the parties having stipulated and agreed, IT IS HEREBY ORDERED as follows:

The Complaint filed in this matter by Plaintiff CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC, and all claims against Defendant CASTLE & KING ROCK & READY MIX (Case No. 2:23-cv-02616-SCR) are hereby dismissed in their entirety, with prejudice.

The Complaint filed in this matter by Plaintiff CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC, and all claims against Defendants CASTLE & KING, DUSTIN ROBBEN and KING EQUITIES LLC (Case No. 2:25-cv-03123-SCR) are hereby dismissed in their entirety, with prejudice.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 2, 2026

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

Order for Dismissal